UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN EUGENE KING,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY J. MAYOPOULOUS, et al.,<br><br>Defendants. | No. 2:17-cv-02342 TLN CKD<br><br><br><br>ORDER |

On November 15, 2017, the undersigned recommended that this action be dismissed as it concerns an unlawful detainer proceeding in state court. (ECF No. 4.) Since that time, plaintiff has field three motions, all of which pertain to ongoing state court proceedings and/or plaintiff's filing of Chapter 13 bankruptcy. (ECF Nos. 8, 9 & 10.) As this matter is not properly before the court for reasons explained in the November 15, 2017 order, all three motions are frivolous and will be denied.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for order (ECF No. 8) is denied;

////

////

////

////

1

2. Plaintiff's motion to set aside motion for extension of time (ECF No. 9) is denied; and

3. Plaintiff's motion to dismiss Penal Code 995 and set aside automatic stay (ECF No. 10) is denied.

Dated: January 10, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 king2342.order