UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN EUGENE KING, | No. 2:17-cv-02342-TLN-CKD P |
| Plaintiff, | |
| v. | ORDER |
| TIMOTHY J. MAYOPOULOUS, et al., | |
| Defendants. | |

On November 15, 2017, the magistrate judge filed findings and recommendations herein, which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations. Rather, he filed a proposed amended complaint that does not cure the defects set forth in the November 15, 2017 findings and recommendations. The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: January 11, 2018

Troy L. Nunley
United States District Judge

1